MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
HEATHER A. CUTLER (SBN 217837)
221 Sansome Street
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Appellant,
HUGO NERY BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>HUGO NERY BONILLA,<br><br>　　　　Debtor.<br><br>ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HUGO NERY BONILLA,<br><br>　　　　Defendant. | District Case No. CV 08-1062 WHA<br><br><br>Adversary Proceeding No. 07-03079<br><br>(Bky. Ct. Case No. 07-30309)<br><br>Chapter 7<br><br>NOTICE OF REQUEST OF APPELLANT HUGO NERY BONILLA FOR CERTIFICATION OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEAL |

TO ATR-KIM ENG FINANCIAL CORPORATION AND ATR-KIM ENG CAPITAL PARTNERS, INC. AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that Appellant Hugo Nery Bonilla is hereby requesting that this court certify this appeal for direct appeal to the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 158(d)(2), as set forth in the accompanying Request Of Appellant Hugo Nery Bonilla For Certification Of Appeal To The Ninth Circuit Court Of Appeal.

DATED: February 26, 2008　　　　　　　　MACDONALD & ASSOCIATES

　　　　　　　　　　　　　　　　By:　　　／s／
　　　　　　　　　　　　　　　　Heather A. Cutler, Attorneys for Defendant,
　　　　　　　　　　　　　　　　Hugo Nery Bonilla