MICHAEL J. BAKER (No. 56492)
WILLIAM J. LAFFERTY (No. 120814)
LONG X. DO (No. 211439)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS,
INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HUGO N. BONILLA,<br><br>        Debtor. | Case No. CV-08-1062 WHA<br><br>(Bankr. Case No. 07-30309)<br>(Adv. Proc. No. 07-03079)<br><br>PROOF OF SERVICE |
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>        Plaintiffs/Respondents,<br><br>    v.<br><br>HUGO NERY BONILLA,<br><br>        Defendant/Appellant. | Judge:   Hon. William H. Alsup |

I, Ashley B. Ray, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On February 29, 2008, I served the following document(s) described as:

**PLAINTIFFS/RESPONDENTS' RESPONSE TO HUGO NERY BONILLA'S REQUEST FOR CERTIFICATION OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEAL**

☐ by transmitting via e-mail the document(s) listed above to the e-mail address(es) indicated below on this date before 5:00 p.m.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth below; or

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

Iain MacDonald, Esq.
Heather Cutler, Esq.
MacDonald & Associates
221 Sansome Street
San Francisco, CA 94104

*[Attorneys for Hugo Bonilla]*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on February 29, 2008.

_____
Ashley B. Ray

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

PROOF OF SERVICE
-1-