IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUGO N. BONILLA, <br><br> Defendant. | No. C 08-01062 WHA <br><br> **ORDER REQUESTING RESPONSE FROM COUNSEL** |

If plaintiffs oppose defendant's request for certification of appeal to the Ninth Circuit, any substantive opposition must be filed by **MARCH 7, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: March 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE