IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br> HUGO N. BONILLA, <br><br>    Defendant. | No. C 08-01062 WHA <br><br> **ORDER SCHEDULING HEARING DATE** |

A hearing on this bankruptcy appeal is hereby scheduled for **AUGUST 21, 2008, AT 8AM**.

**IT IS SO ORDERED.**

Dated: July 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE