MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
HEATHER A. CUTLER (SBN 217837)
221 Sansome Street
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Appellant,
HUGO NERY BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>HUGO NERY BONILLA,<br><br>    Debtor.<br> | District Court Case No. C 08-1062 WHA |
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>HUGO NERY BONILLA,<br><br>    Defendant. | Adversary Proceeding No. 07-03079<br><br>(Bky. Ct. Case No. 07-30309)<br><br>Chapter 7<br><br>STIPULATION TO CONTINUE SCHEDULED HEARING DATE |

On July 14, 2008, this Court issued an Order Scheduling Hearing Date, setting a hearing on this bankruptcy appeal for August 21, 2008 at 8:00am. Counsel for Appellant Hugo Nery Bonilla will be out of the state on vacation that day, and the parties therefore agree to continue the hearing date to any of the following dates: September 16, 17, 18 or 19, 2008.

/ / /

/ / /

1  Dated: July 18, 2008                     MACDONALD & ASSOCIATES

3                                      By:  ____/s/_____
                                            IAIN A. MACDONALD
4                                           Attorneys for Appellant Hugo Nery Bonilla

7  Dated: July 18, 2008                     HOWARD RICE NEMEROVSKI CANADY
                                            FALK & RABKIN, A Professional Corp.

9                                      By:  ____/s/_____
                                            WILLIAM J. LAFFERTY
10                                          Attorneys for Appellees ATR-Kim Eng
                                            Financial Corporation and ATR-Kim Eng
11                                          Capital Partners, Inc.

STIPULATION TO CONTINUE SCHEDULED HEARING DATE

2

MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
HEATHER A. CUTLER (SBN 217837)
221 Sansome Street
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Appellant,
HUGO NERY BONILLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | District Court Case No. C 08-1062 WHA |
| HUGO NERY BONILLA, | |
| Debtor. | |
| | Adversary Proceeding No. 07-03079 |
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., | (Bky. Ct. Case No. 07-30309) |
| | Chapter 7 |
| Plaintiffs, | ORDER CONTINUING SCHEDULED HEARING DATE |
| vs. | |
| HUGO NERY BONILLA, | Date:<br>Time: |
| Defendant. | Place: |
| | (Judge Alsup) |

The Court, having reviewed the stipulation between Appellant and Appellee to continue the hearing date previously scheduled by this court, pursuant to order dated July 14, 2008, and good cause appearing, this Court hereby vacates its prior order. The hearing on this bankruptcy appeal is rescheduled for September __, 2008 at _____.

Dated: July    , 2008

_____
UNITED STATES DISTRICT JUDGE