MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
HEATHER A. CUTLER (SBN 217837)
221 Sansome Street
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Appellant,
HUGO NERY BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>HUGO NERY BONILLA,<br><br>    Debtor.<br><br>ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>HUGO NERY BONILLA,<br><br>    Defendant. | District Court Case No. C 08-1062 WHA<br><br><br><br>Adversary Proceeding No. 07-03079<br><br>(Bky. Ct. Case No. 07-30309)<br><br>Chapter 7<br><br>ORDER CONTINUING SCHEDULED HEARING DATE<br><br>Date:<br>Time:<br>Place:<br><br>(Judge Alsup) |

The Court, having reviewed the stipulation between Appellant and Appellee to continue the hearing date previously scheduled by this court, pursuant to order dated July 14, 2008, and good cause appearing, this Court hereby vacates its prior order. The hearing on this bankruptcy appeal is rescheduled for September 18, 2008 at 9AM.

Dated: July 22, 2008

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

ORDER CONTINUING SCHEDULED HEARING DATE

1